EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Anabelle Quiñones Rodríguez | 2022 TSPR 121<br><br>210 DPR ___ |

Número del Caso: TS-14,206

Fecha: 7 de octubre de 2022

Abogado de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Anabelle Quiñones Rodríguez

TS-14,206

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de octubre de 2022.

Atendido el *Escrito en Cumplimiento de Resolución* presentado el 21 de julio de 2022, se da por cumplida nuestra *Resolución* de 27 de junio de 2022.

En cuanto a la *Solicitud de Reinstalación al Ejercicio de la Abogacía* del 14 de junio de 2022, se provee Ha Lugar.

Se apercibe a la Lcda. Anabelle Quiñones Rodríguez que en el futuro cumpla con las ordenes de comparecencia de este Tribunal.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo